(November 16, 1998)

■ ROBERTO AMEZQUITA, Respondent, v BARBARA LAZAROWITZ et al., Appellants. [680 NYS2d 852] —In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Nassau County (DiNoto, J.), entered February 25, 1998, which denied their motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that there is an issue of fact as to whether the plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d). Ritter, J. P., Copertino, Santucci and Altman, JJ., concur.